# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In the Matter of:

Jerome Lewis

Debtor(s)

Case No. 08-30217

Chapter 13

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

## OBJECTION TO CLAIM NO. 6 OF THE INTERNAL REVENUE SERVICE

COMES NOW the Debtor, by and through attorney, and hereby files an Objection to the claim of **THE INTERNAL REVENUE SERVICE, Claim No. 6** and as grounds for said Objection will state as follows.

1. On June 9, 2009, the Internal Revenue Service filed a total proof of claim for $5,900.00. The proof of claim consisted of estimated tax for year 2007.

2. The debtor received a refund that year in the amount of $6,294.00 and therefore does not owe the Internal Revenue Service for 2007 taxes.

3. The Debtors request that Claim No. 6 be disallowed in its entirety.

WHEREFORE, the premises considered, the Debtor objects to Claim No. 6 of the Internal Revenue Service and ask the court to disallow the Claim No. 6 of the Internal Revenue Service.

Respectfully submitted this 29 day of March, 2010.

/s/Richard D. Shinbaum
*Attorney for Debtor:*
Richard D. Shinbaum
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101-0201
334-269-4440

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by mailing a copy of the same to them on this the 29 day of March, 2010.

Hon. Curtis C. Reding
trustees_office@ch13mdal.com
Trustee in Chapter 13
P.O. Box 173
Montgomery, AL 36101

Internal Revenue Service
801 Tom Martin Drive
Stop R126
Birmingham, AL 35211

Hon. Patricia Conover
patricia.conover@usdoj.gov
Assistant U.S. Attorney
P.O. Box 197
Montgomery, AL  36101

/s/Richard D. Shinbaum