# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

IN RE:  

JEROME LEWIS        *    Chapter 13  
Debtor             *    Case No. 08-30217

## RESPONSE TO TRUSTEE'S MOTION TO INCREASE PLAN PAYMENTS

COMES NOW the Debtor(s), by and through attorney, and in response to the motion to increase plan payments would state as follows:

1. The Debtor is objecting to the Claim NO. 6 of the Internal Revenue Service because the debtor has filed and objection the Claim No. 6 of the Internal Revenue Service as the claim is improper.

2. If the Internal Revenue Service claim is disallowed the plan payments should be able to remain the same.

3. The debtor proposes to pay $102.00 Bi-Weekly to the Trustee, as this is the most he can afford to pay.

Respectfully submitted this day: March 29, 2010.

/s/ Richard D. Shinbaum  
RICHARD D. SHINBAUM  
rshinbaum@samvpc.com

Of Counsel:  
Shinbaum, McLeod & Campbell, P.C.  
Post Office Box 201  
Montgomery, AL 36101  
(334) 269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by mailing a copy of the same to them on this day: March 29, 2010.

Hon.Curtis C. Reding
Trustee in Chapter 13
P.O. Box 173
Montgomery, Al. 36104

/S/ Richard D. Shinbaum